IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 69.117.66.98

**ISP:** Optimum Online
**Physical Location:** Jackson, NJ

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 11/15/2016 17:42:16 | 03AA7FFA91C13F08FD632C375BDAEEAEED4DA2D0 | Introducing Miss Jones |
| 11/12/2016 15:35:53 | CF9224105265DAA2FE09AC648F316D9B9B84B93C | Sex In The Summertime |
| 11/10/2016 01:46:32 | C9DBDACD6DCE3FE30F059E899B383D37BF3BCB37 | Beauty In Blue |
| 11/07/2016 14:44:59 | 5C0C76E6AF67FC455DF1ABE35420E666CE52BC80 | Tantalizing Fox |
| 11/07/2016 13:55:50 | EAB49FE6E74F12073B3F66ABC3F5771762D13AAC | Freckle Faced Fox |
| 11/07/2016 05:31:09 | F953C506467360C00755868B4FFF1615E65B8D89 | Every Guys Perfect Threesome |
| 10/29/2016 14:46:22 | 4E4DB9EDEF8E724EB9F21233D4DD3944D7DAB2E3 | Introducing Kimmy |
| 10/24/2016 08:30:50 | 2B6EA5679FA9F9A62117EBF9757449352A5CE8B4 | Cum For A Ride |
| 10/16/2016 04:05:48 | 7C1AB7C78358D9239EA1BFF5A04EEEF5B3EA9A88 | Sweeter Than Wine |
| 09/30/2016 09:03:23 | EF5D4042CFC7494F6733F36965D3EA0535D62F09 | Luscious Lena |
| 09/04/2016 16:54:57 | 53D0F68EF15116A3DAC7038B6A441D064D576B03 | California Surf Fever |
| 08/29/2016 00:06:37 | B48020E877650863194087751840231 0550E9A26 | Romance in the Garden |
| 08/15/2016 14:18:07 | 33A6C0141765603295CDCACCC19FEA8AAE1029DF | Love Her Madly |
| 08/13/2016 14:20:43 | CB3EAE417778FFD481453F3618F8ED6D4AB751AE | Triple Blonde Fantasy |
| 08/13/2016 07:01:04 | D165B824B268C6A23E8CC7975E520EFF6375276A | Fireball |
| 08/01/2016 06:16:52 | BABE2BCE214D7F547F9FAAA5D8011ECB7A4A3AB5 | The Call Girl |
| 07/31/2016 14:10:33 | 22D7F3457745F44F067DFDDE98856732697BC69D | Threesome With a View |

**Total Statutory Claims Against Defendant: 17**

EXHIBIT A

CNJ624