Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter E. Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

---

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE subscriber assigned IP address 69.117.66.98, <br><br> Defendant. | Case No. 3:17-cv-01261-PGS-TJB |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
<u>**WITHOUT PREJUDICE OF JOHN DOE**</u>

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 69.117.66.98. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

1

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: June 6, 2017						Respectfully submitted,

										By:	/s/ *Patrick J. Cerillo*
											Patrick J. Cerillo, Esq.
											Patrick J. Cerillo, LLC
											4 Walter E. Foran Blvd., Suite 402
											Flemington, NJ 08822
											Attorney ID No. 01481-1980
											T: (908) 284-0997
											F: (908) 284-0915
											pjcerillolaw@comcast.net
											*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ Patrick J. Cerillo*
PATRICK J. CERILLO, ESQ
